UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| RANDALL CONRAD KENNEDY | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:15-CV-259 |
| | § | |
| EARL MARQUAVIN EDWARDS, | § | |
| CR ENGLAND, INC., AND CR | § | |
| ENGLAND, INC., CORPORATION | § | JURY DEMANDED |

### STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff and Defendants file this stipulation of dismissal under FED. R. CIV. P. 41(a)(1)(A)(ii).

1. Plaintiff is Randall Conrad Kennedy. Defendants are Earl Marquavin Edwards, CR England, Inc., and CR England, Inc., Corporation. On September 23, 2015, plaintiff sued defendants.

2. Plaintiff moves to dismiss his suit. Defendants, who have filed an answer, agree to the dismissal.

3. This case is not a class action under FED. R. CIV. P. 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

4. A receiver has not been appointed in this case.

5. This case is not governed by any federal statute that requires a court order for dismissal of the case.

6. Plaintiff has not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

This dismissal is with prejudice.

Respectfully submitted,

By: /s/Priscilla Y. Chapa
Priscilla Y. Chapa, Attorney-in-Charge
State Bar No. 24027806; Fed. ID 1128608
611 S. Upper Broadway
Corpus Christi, Texas 78401
361-883-1594
361-883-1599 Telecopy
priscilla@texasdefenselaw.cc

ATTORNEY-IN-CHARGE FOR DEFENDANTS, C.R. ENGLAND, INC., AND "CR ENGLAND, INC., CORPORATION," and EARL MARQUAVIN EDWARDS

OF COUNSEL:
DUNN, WEATHERED, COFFEY & KASPERITIS, P.C.
611 S. Upper Broadway
Corpus Christi, Texas 78401
361-883-1594
361-883-1599 Telecopy

**AND**

By: /s/ Augusto Guerra
Augusto Guerra, Attorney-in-Charge
State Bar No. 24027358; Fed ID
5826 IH-10 West
San Antonio, Texas 78201
210-233-6904
Email: aguerra@vblawgroup.com

ATTORNEY-IN-CHARGE FOR PLAINTIFF

OF COUNSEL:
VILLARREAL & BEGUM, PLLC
5826 IH-10 West
San Antonio, Texas 78201
210-233-6904